UNITED STATES COURT OF INTERNATIONAL TRADE

FORM 3

| | |
|---|---|
| ZHEJIANG AMERISUN TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. | Court No. 23-00011 |

# S U M M O N S

**TO:** The Attorney General;
General Counsel, United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/Mario Tuscano
Clerk of the Court

1. <u>Name and Standing of Plaintiff</u>
Plaintiff Zhejiang Amerisun Technology Co., Ltd. ("Zhejiang Amerisun") is a Chinese exporter of the merchandise subject to the contested scope ruling concerning certain vertical shaft engines between 99cc and up to 225cc and parts thereof from the People's Republic of China. Zhejiang Amerisun was an interested party in the contested scope ruling and actively participated in the proceeding through written submission of factual information and legal arguments. Plaintiff is therefore an interested party within the meaning of 19 U.S.C. § 1677(9)(A) and 19 C.F.R. § 351.102(b)(2)(i) that actively participated in the contested proceeding and is entitled to commence this civil action pursuant to 28 U.S.C. § 2631(c), 28 U.S.C.§ 1581(c), and 19 U.S.C. § 1516a(2)(B)(vi).

2. <u>Brief Description of Contested Determination</u>
Plaintiff contests certain aspects of the International Trade Administration of the U.S. Department of Commerce, ("Commerce") Scope Ruling on Modified Vertical Shaft Engines concerning the antidumping and countervailing duty orders on *Certain Vertical*

1

*Shaft Engines Between 99cc and Up To 225cc and Parts Thereof from the People's Republic of China* (A-570-124; C-570-125), requested by Briggs & Stratton, LLC.

3. <u>Date of Order</u>
The underlying administrative determination was made on December 22, 2022, and was mailed to counsel for Plaintiff on December 23, 2022.

4. <u>Date of Publication in the Federal Register</u>
The underlying determination has not yet been published in the Federal Register.

/s/<u>Lizbeth R. Levinson</u>
Lizbeth R. Levinson
Brittney R. Powell

FOX ROTHSCHILD LLP
2020 K Street, N.W.
Suite 500
Washington, DC  20006
 Tel:  (202) 461-3100
 Fax:  (202) 461-3102

*Counsel to Plaintiff*

Dated:  January 23, 2023

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served:

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, NW
Washington, DC  20230

Attorney-In-Charge
International Trade Field Office
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
26 Federal Plaza
Room 346
New York, NY  10278