### UNITED STATES COURT OF INTERNATIONAL TRADE

**Before: The Honorable Judge Jennifer Choe-Groves**

| | |
|---|---|
| ZHEJIANG AMERISUN TECHNOLOGY CO., LTD<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>BRIGGS & STRATTON, LLC,<br><br>Defendant-Intervenor. | Court No. 23-00011 |

### PLAINTIFF'S COMMENTS ON COMMERCE'S FINAL REDETERMINATION PURSUANT TO REMAND ORDER

On behalf of Zhejiang Amerisun Technology Co., LTD ("Zhejiang Amerisun") we hereby comment on the Department of Commerce's ("Commerce's") Final Results of Redetermination dated April 10, 2024 (ECF 38) ("Remand Redetermination") issued pursuant to the Court's Remand Order in *Zhejiang Amerisun Technology Co., LTD v. United States*, Slip Op. 24-20, Court No. 23-00011 (Ct. Int'l Trade February 20, 2024) (ECF 37) ("*Remand Order*" or "*Remand Opinion*"). In the *Remand Order*, the Court held that Commerce's scope determination was unsupported by substantial evidence and was not in accordance with law. Specifically, the Court found unreasonable Commerce's reliance on certain articles as substantial evidence to support its determination that Chongqing Rato's R210-S engine and other similar engines are covered by the scope of *Certain Vertical Shaft Engines Between 99cc and Up to 225cc, and Parts Thereof from the People's Republic of China: Antidumping*

1

159842131.1

*and Countervailing Duty Orders*, 86 Fed. Reg. 23,675 (May 4, 2021) (the "*Orders*"). The Court found that the Wikipedia articles "cannot be relied on for the definition of a 'power take off shaft…'" because they are "inherently unreliable as evidentiary sources," and that the articles Commerce relied upon fail to address the specific context of lawn mowers. *Remand Opinion* at 23-24. The Court also determined that the Chongqing Rato R210-S engine fell outside the plain language of the scope since the engine was a horizontal shaft engine. Consequently, Commerce's scope determination was unsupported by substantial evidence on the record.

In accordance with the Remand Opinion, Commerce's Remand Redetermination correctly concluded that the Chongqing Rato R210-S engine ("R210-S engine") and other similar engines are not covered by the scope of the *Orders*. While <u>Plaintiff agrees with Commerce's ultimate conclusion that the R210-S and similar engines are excluded from the scope of the Orders, Plaintiff disagrees with Commerce's mischaracterization of the R210-S engine as a "modified vertical shaft engine."</u> Remand Redetermination at 4. Plaintiff also disagrees with Commerce's description of the Chongqing Rato R210-S engine as an engine with a horizontal crankshaft connected to a right-angle gearbox, which redirects power from the horizontal crankshaft to a "vertical power take off shaft that powers the blades of a lawnmower." *Id*. Specifically, Plaintiff disagrees that the right-angle gearbox is part of the Chongqing Rato R210-S engine.

Despite continuing to mischaracterize the R210-S engine as a modified vertical shaft engine, Commerce's Remand Redetermination ultimately finds that the R210-S and similar engines are not covered by the scope of the *Orders*. Accordingly, we respectfully request that the Court sustain the Remand Redetermination.

159842131.1

                                                     Respectfully submitted,

                                                     /s/ *Brittney R. Powell*
                                                   Lizbeth R. Levinson
                                                   Brittney R. Powell
                                                   Alexander D. Keyser

                                                   FOX ROTHSCHILD LLP
                                                   2020 K Street, NW
                                                   Suite 500 East
                                                   Washington, DC  20006
                                                   Phone: (202) 361-3100
                                                   Email:  bpowell@foxrothschild.com

                                                   *Counsel to Zhejiang Amerisun*

Dated:  June 17, 2024